■

391 P.3d 1244

STATE of Hawai'i, Plaintiff-Appellant,

v.

Mark BIGGERS, Defendant-Appellee.

NO. CAAP-16-0000407

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 15, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1557)

SUMMARY DISPOSITION ORDER

Affirm.

■

391 P.3d 1244

IN RE: HAWAI'I STATE ASBESTOS CASES

This Document Applies to: Gail K. Dias, Individually and as Personal Representative of the Estate of Manuel Alton Souza Dias, Deceased, Plaintiffs-Appellees,

v.

Crane Company, a Delaware corporation, Cleaver-Brooks, Inc., as successor to Aqua-Chem, Inc., a Delaware corporation, Electrolux Home Products, successor to Copes Vulcan, Inc., an Illinois corporation, FLSMIDTH, Inc., successor to Eimco Process Equipment, a Delaware corporation, Elliott Turbomachinery Company, Inc., a subsidiary of Ebara Corporation, a Delaware corporation, Alstom, a French corporation, Defendants-Appellees,

and

Fisher Controls International, LLC, a Missouri corporation, Defendant-Appellant,

and

Foster Wheeler LLC, a Delaware corporation, Gardner Denver, Inc., individually and as successor by merger to The Nash Engineering Company, a Delaware corporation, General Electric Company, Inc., a New York corporation, Ingersoll Rand Co., individually and as successor-in-interest to Aldrich Pumps and as successor-in-interest to Terry Steam Turbine Co., a New Jersey corporation, Maxim Evaporators, LLC, a Louisiana Limited Liability Company, SFS (USA) Holding, Inc., dba Peerless Pump Company, a Delaware corporation, Roper Industries, Inc., a Delaware corporation, Roth Pump Company, a Delaware corporation, Shin Nippon Machinery Co., LTD., a Japanese corporation, Bayer Aktiengesellschaft, a German corporation, Koch Industries Inc., John Zink Company, a Kansas corporation, CBS Corporation, fka Viacom Inc., successor by merger to CBS Corporation, fka Westinghouse Electric Corporation, a Delaware corporation, John Crane, Inc., a Delaware corporation, The Lynch Co., Inc., a Hawai'i corporation, Puget Sound Commerce Center, Inc., fka Todd Shipyards Corporation, a Delaware corporation, Kaanapali Land, LLC, as successor by merger to Northbrook Corporation, successor by merger to Amfac, Inc., a Hawai'i corporation, Flowserve Corporation, successor-in-interest to Rockwell Manufacturing Company, successor-in-interest to Edward Valve and Manufacturing Company, and successor-in-interest to Edward Valves, Inc., a New York corporation, Defendants-Appellees,

and

DOES 3 to 25, Defendants.

NO. CAAP-16-0000012

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 16, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13-1-2196-08)

MEMORANDUM OPINION

Affirmed.

